1

Thomas A. Ryan, Esq.
Nevada Bar Number 5117

2

FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150

3

Henderson, Nevada 89074
Telephone:  (702) 667-3000

4

Facsimile:  (702) 697-2020
Email: taryan@fnf.com

5

Attorneys for Defendant *Stanley S. Silva*

6

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

COLLEEN M. WENSLEY,                                  )          Case No.
                                                                        )

10

                                        Plaintiff,       )
         vs.                                                       )

11

                                                                        )
FIRST NATIONAL BANK OF NEVADA;       )

12

STEWART TITLE COMPANY; NATIONAL   )   **DEFENDANT STANLEY S.**
DEFAULT SERVICING CORPORATION;        )   **SILVA'S PETITION FOR**

13

AMERICA'S SERVICING COMPANY;           )   **REMOVAL**
CHICAGO DEFAULT SERVICES; STANLEY S. )

14

SILVA; and DOES 1-25 CORPORATIONS, DOES )
and ROES 1-25 Individuals, Partnerships, or anyone )

15

claiming any interest to the property described in   )
the action,                                                      )

16

                                                                        )
                                        Defendants.      )

17

_____)

18

TO:      THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
            THE DISTRICT OF NEVADA:

19

20

            Defendant STANLEY S. SILVA ("Silva") respectfully shows that he is removing the

21

above-entitled action to this Court pursuant to 28 U.S.C. §1441(a-c) because Plaintiff pleads

22

causes of action under the Federal Truth in Lending Act, 15 U.S.C. § 1692 et. seq.:

23

            1.       Silva is a defendant in the above-entitled action in the Second Judicial District

24

Court, Washoe County, Nevada ("State Court").

25

            2.       On September 27, 2011, Plaintiff filed a Complaint in State Court as Case No.

26

CV11-028508. *See*, Exhibit A.

27

            3.       On October 20, 2011, Plaintiff allegedly served Silva. *See,* Exhibit B.

28

            4.       Because no other defendants have been served at this time, consent is not needed

Fidelity National
Law Group
2450 St. Rose Parkway,
Suite 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 3

from those named defendants. Counsel for Silva to date has attempted to ascertain the identity of counsel for co-defendants. As no other co-defendants have answered or otherwise made an appearance in the State Court, counsel has been unable to determine the remaining defendants' position regarding joinder of this Petition for Removal.

5.    This case centers on Plaintiff's purchase of property at 1181 Harbor Cove Court, Sparks, Nevada 89434.

6.    Plaintiff contends that she is the victim of unlawful actions pursuant to 15 U.S.C. § 1692 et. seq. (*see* Complaint, ¶¶70, 71 and 72). Thus, this Petition is proper under 28 U.S.C. §§ 1441 (b), which states:

> **28 U.S.C. §§ 1441 (b)** Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

Further, Plaintiff has alleged that NRS 649.370 was violated by the Defendants (*see* Complaint, ¶69). This court stated in *Ahmadi v. First Horizon Home Loan Corp.;* 2011 WL 1303261:

> "Plaintiff has pled a cause of action for a violation of NRS section 649.370, which incorporates the standards of the Fair Debt Collection Practices Act ("FDCPA"). Section 649.370 creates no private cause of action, so the claim that refers to FDCPA necessarily relies directly on the federal cause of action. Even if the Court found an implied state cause of action, it would necessarily require substantial interpretation of federal law, because a violation of the state statute is defined purely by reference to FDCPA". (internal citations omitted).

7.    Since a Federal question is at issue, venue is proper in this Federal Court.

8.    Thirty days has not elapsed from the time Plaintiff served Silva. Thus, this Petition for Removal is timely and proper under 28 U.S.C. § 1446(b).

> (b) The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

9.    This action may be properly removed to this Court under 28 U.S.C. §1441(a-c).

Fidelity National
Law Group
2450 St. Rose Parkway,
Suite 150
Henderson, Nevada 89074
(702) 667-3000

Page 2 of 3

10.    Copies of all process, pleadings and other orders served upon the removing defendant are attached hereto as Exhibits A, B, and C.

11.    A true and correct copy of this Petition for Removal will be provided to the Plaintiff and filed with the Clerk of the Second Judicial District Court of the State of Nevada, Department I.

12.    Silva reserves the right to amend or supplement this Petition for Removal.

WHEREFORE, Defendants pray that this action be removed.

DATED this 9th day of November, 2011.    FIDELITY NATIONAL LAW GROUP


/s/ Thomas A. Ryan
_____
Thomas A. Ryan, Esq.
Nevada Bar Number 5117
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Attorneys for Defendant *Stanley S. Silva*


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **PETITION FOR REMOVAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

Rick Lawton, Esq.
1460 Hwy 95A, North #1
Fernley, NV 89408
Attorney for Plaintiffs


**DATED**:  November 9, 2011      /s/ Jennifer O'Brien
_____
An employee of Fidelity National Law Group

Fidelity National
Law Group
2450 St. Rose Parkway,
Suite 150
Henderson, Nevada 89074
(702) 667-3000

Page 3 of 3