# EXHIBIT "B"

# EXHIBIT "B"

Code No. 4085
Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

COPY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| COLLEEN M. WENSLEY,<br><br>*Plaintiff.*<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA; STEWART TITLE COMPANY; NATIONAL DEFAULT SERVICING CORPORATION; AMERICA'S SERVICING COMPANY; CHICAGO DEFAULT SERVICES; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>*Defendants.* | Case No. CV11 02850<br><br>Dept. No. 1 |

## SUMMONS

**THE STATE OF NEVADA SENDS GREETINGS TO:**

**STANLEY S. SILVA**

You are hereby **SUMMONED** and required to serve upon Plaintiffs' attorneys, LAW OFFICE OF RICK LAWTON, P.C., whose address is 1460 Hwy 95A, North, Ste. 1, Fernley, Nevada 89408, an **ANSWER** to the Complaint which is herewith served

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgment by Default will be taken against you for the relief demanded in the Complaint. Among other things, the Complaint which is herewith served upon you, seeks to Quiet Title to the real property described as follows:

    <u>Property address</u>: **1181 HARBOR COVE COURT, SPARKS, NEVADA, 89434.**

    <u>Property description</u>: **LOT 39 OF HARBOUR COVER SUBDIVISION, ACCORDING TO THE MAP THEREOF NO. 3960, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JUNE 8, 2001, AS DOCUMENT NO. 256295.**

    <u>APN</u>: **037-341-21**

DATED: This 27th day of September, 2011.

                                     Howard W. Conyers
                            CLERK OF THE COURT

                                       By:_____
                                             Deputy Clerk
                                             [SEAL]

Rick Lawton's Law Office
1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

## RETURN OF SERVICE

STATE OF NEVADA )
: ss
COUNTY OF _____ )

I HEREBY CERTIFY, and return that I, the undersigned, received the pleadings described below on the _____ day of _____, 200__, and personally served the same upon _____, in the County of _____, State of Nevada, on the _____ day of _____, 200__ at the hour of _____, ___ m.

The pleadings served are described below as follows:

COMPLAINT AND REQUEST FOR EQUITABLE RELIEF.

NOTICE BY PLAINTIFF OF PENDENCY OF ACTION

SUMMONS

DATED: This _____ day of _____, 2010.

SUBSCRIBED and SWORN to before me
A Notary Public, on this _____
day of _____, 200__.

_____

_____
[print name]

_____

3