# EXHIBIT "C"

# EXHIBIT "C"



COPY - has not been compared with the Original Document - WCR

FILED
2011 SEP 27 AM 10: 28
HOWARD W. CONYERS
BY _____ A. Poma
DEPUTY

Code No. 1935
Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

COLLEEN M. WENSLEY,

Plaintiff,

vs.

FIRST NATIONAL BANK OF NEVADA; STEWART TITLE COMPANY; NATIONAL DEFAULT SERVICING CORPORATION; AMERICA'S SERVICING COMPANY; CHICAGO DEFAULT SERVICES; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,

Defendants.

Case No. CV11 02850

Dept. No. 1

# 4044510
09/27/2011 10:52:25 AM
Requested By
RICK LAWTONS LAW OFFICE
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00   RPTT: $0.00
Page 1 of 5

**CONFORMED COPY**

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim,

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and is more particularly described as follows:

<u>Property address</u>: **1181 HARBOR COVE COURT, SPARKS, NEVADA, 89434.**

<u>Property description</u>: **LOT 39 OF HARBOUR COVER SUBDIVISION, ACCORDING TO THE MAP THEREOF NO. 3960, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JUNE 8, 2001, AS DOCUMENT NO. 256295.**

<u>APN</u>: **037-341-21**

### AFFIRMATION
**Pursuant to NRS 239B.030, I hereby certify that the foregoing document does not contain the social security number of any person.**

Respectfully submitted this 26th day of September, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____
RICK LAWTON, ESQ.
State Bar # 00694
1460 Hwy 95A, North, Ste. 1
Fernley, Nevada 899408
(775) 575-2208

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net