Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA [RENO]

| | |
|---|---|
| COLLEEN M. WENSLEY,<br><br>*Plaintiff.*<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA; STEWART TITLE COMPANY; NATIONAL DEFAULT SERVICING CORPORATION; AMERICA'S SERVICING COMPANY; CHICAGO DEFAULT SERVICES; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>*Defendants.* | CASE # 3:11-cv-00809-ECR-WGC<br><br>**ACCEPTANCE OFFER OF JUDGMENT** |

PLEASE TAKE NOTICE: That plaintiff, COLLEEN M. WENSLEY accepts d

STANLEY S. SILVA, on the 13TH day of December, 2011, allowing plaintiff to take

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

judgment in this action against defendants, in the amount of TEN Dollars and 00/100 ($10.00). Plaintiff further stipulates and agrees that the Court may forthwith enter the Judgment accordingly.

///

## AFFIRMATION PURSUANT TO NRS 239B.030

**The undersign declares and affirms that the preceding document, Motion for reconsideration, DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.**

DATED: This 17th day of December, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____

RICK LAWTON, ESQ.
State Bar # 00694
1460 Hwy 95A, North, Ste. 1
Fernley, Nevada 89408
(775) 575-2208
lawtonrick@earthlink.net

///

///

///

///

///

///

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I, the undersigned, hereby certify that I am an employee of the Law Office of Rick Lawton, P.C., and that on this date I deposited for mailing at Fallon, Nevada, postage pre-paid, a true and correct copy of the OPPOSITION TO MOTION TO DISMISS to the following:

ALL ATTORNEYS OF RECORD:

[X]   AUTOMATIC   eFlex electronic notification pursuant to Local Rules of Second Judicial District. Or using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

Dated: this 17th day of December, 2011

/s/ Lavinia Johnston

Lavinia Johnston

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

3