# Exhibit C

# Exhibit C

**DOC #3684424**
09/03/2008 03:17:14 PM
Electronic Recording Requested By
TICOR TITLE - RENO
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $16.00  RPTT: $0
Page 1 of 3

**RECORDING REQUESTED BY:**
Chicago Default Services - NV
**WHEN RECORDED MAIL TO:**
National Default Servicing Corporation
2525 East Camelback Road, Suite 200
Phoenix, AZ 85016

NDSC File No.   :   08-44439-ASR-NV
Loan No.        :   1158022435
Title Order No. :   H807131

APN: 037-341-21    08006286

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST
### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

**This amount is $24,684.89, as of 09/03/2008 and will increase until your account becomes current.**

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required by the Note and Deed of Trust or Mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing.  In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made.  However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by the transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate.written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

3684424  Page 2 of 3 09/03/2008 03:17:14 PM

NDSC File No.  :  08-44439-ASR-NV
Loan No.       :  1158022435

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

America's Servicing Company
c/o National Default Servicing Corporation
2525 East Camelback Road, Suite 200
Phoenix, AZ  85016    Phone 602-264-6101    Sales Website: www.ndscorp.com/sales

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

NOTICE IS HEREBY GIVEN THAT : NATIONAL DEFAULT SERVICING CORPORATION is either the original Trustee, the duly appointed substituted Trustee or acting as agent for the Trustee or Beneficiary under a Deed of Trust dated 07/27/2005, executed by COLLEEN M. WENSLEY, AN UNMARRIED WOMAN, as Trustor, to secure certain obligations in favor of MERS - NOMINEE FOR FIRST NATIONAL BANK OF NEVADA as beneficiary recorded 07/28/2005, as Instrument No. 3252514 (or Book, Inst.) of Official Records in the Office of the County Recorder of  WASHOE County, NV.  Said obligations including ONE NOTE FOR THE ORIGINAL sum of $495,000.00.

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of :  FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 05/01/2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES; PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEY'S FEES.

That by reason thereof, the present beneficiary under such Deed of Trust has executed and delivered to duly appointed Trustee a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

*CHICAGO DEFAULT SERVICES AS AGENT FOR*

Dated  :    September 3, 2008
National Default Servicing Corporation, As Agent for America's Servicing Company

By : _____  *AGENT*
     STANLEY S. SILVA

STATE OF NEVADA
COUNTY OF WASHOE         } SS:

This instrument was acknowledged before me on _9-3-08_, by

_STANLEY S. SILVA_.

_Anita Moore_
NOTARY PUBLIC

ANITA MOORE
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 92-2038-12 - Expires April 5, 2012