1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINE M. PARVAN, ESQ.
   Nevada Bar No. 10711
3  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada  89144
   Telephone:     (702) 634-5000
5  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christine.parvan@akerman.com

7  *Attorneys for Defendants*
   *Wells Fargo Bank, N.A. dba America's*
8  *Servicing Company*

9

                    **UNITED STATES DISTRICT COURT**
10
                          **DISTRICT OF NEVADA**
11

12  COLLEEN M. WENSLEY,                     Case No.:  3:11-cv-00809-ECR-WGC

13                         Plaintiff,
                                            **INTERIM STATUS REPORT**
14  vs.

15  FIRST NATIONAL BANK OF NEVADA;
    STEWART TITLE COMPANY; NATIONAL
16  DEFAULT SERVICING CORPORATION;
    AMERICA'S SERVICING COMPANY;
17  CHICAGO DEFAULT SERVICES; STANLEY
    S. SILVA; and DOES 1-25 CORPORATIONS,
18  DOES and ROES 1-25 Individuals, Partnerships,
    or anyone claiming any interest to the property
19  described in the action,

20                         Defendants.

21        Plaintiff Colleen M. Wensley and Defendants Wells Fargo Bank, N.A. dba America's

22  Servicing Company (**Wells Fargo**) and Stanley S. Silva submit the following Interim Status Report

23  pursuant to Local Rule 26-3:

24        1.    <u>Status of Action</u>:  On November 9, 2011, Mr. Silva filed a Petition for Removal [Dkt.

25  1].

26        On November 9, 2011, Mr. Silva filed a Certificate of Interested Parties [Dkt. 2].

27        On November 9, 2011, Mr. Silva filed a Motion to Dismiss [Dkt. 3].

28        On December 9, 2011, Mr. Silva filed a Notice of Change of Attorney [Dkt. 5].

{23813302;1}                              1

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    On December 9, 2011, Wells Fargo filed a Notice of Appearance [Dkt. 6].

2    On December 13, 2011, Mr. Silva filed a Status Report regarding Removal [Dkt. 7].

3    On December 19, 2011, Plaintiff filed a Notice of Acceptance of Offer of Judgment with Mr.

4    Silva [Dkt. 8].

5    On December 19, 2011, Wells Fargo filed a Certificate of Interested Parties and Corporate

6    Disclosure Statement [Dkt. 9].

7    On January 20, 2012, Plaintiff filed a Motion to Add Indispensable Party [Dkt. 10].  A

8    response to this Motion was due on or before February 6, 2012.

9    On February 16, 2012, Wells Fargo filed a Motion to Dismiss [Dkt. 11].  On March 3, 2012,

10   Plaintiff filed a Response to Wells Fargo's Motion to Dismiss [Dkt. 12].  A reply to Plaintiff's

11   Response to the Motion to Dismiss was due on or before March 13, 2012.

12   On March 12, 2012, the parties filed a Proposed Discovery Plan/Scheduling Order [Dkt. 13],

13   which this Court granted on March 13, 2012 [Dkt. 14].

14   2.    Actions to be taken by the Court:    The parties ask that judgment be entered

15   pursuant to the Notice of Acceptance of Offer of Judgment with Mr. Silva.  The parties also ask that

16   once the briefing on the Motion to Add Indispensable Party and Motion to Dismiss are completed,

17   and any hearing thereon has been conducted, the Court render a decision on these two Motions.

18   3.    Time estimated for trial:  The parties estimate that the time required for trial will be

19   three (3) to five (5) days.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

{23813302;1}                                    2

1        4.     Alternative available trial dates:  The parties are available for trial on the following

2    dates:  September 24, 2012, October 1, 2012, and October 8, 2012.

3        5.     The parties do not expect trial to be eliminated or its length affected by substantive

4    motions.

5    DATED this 22nd day of March, 2012.        DATED this 22nd day of March, 2012.

6    **AKERMAN SENTERFITT LLP**        **LAW OFFICES OF RICK LAWTON, P.C.**

7
      /s/ Christine M. Parvan                          /s/ Rick Lawton
8    ARIEL E. STERN, ESQ.                       RICK LAWTON, ESQ.
     Nevada Bar No. 8276                        Nevada Bar No. 694
9    CHRISTINE M. PARVAN, ESQ.                  1640 Hwy 95A, North #1
     Nevada Bar No. 10711                       Fernley, Nevada  89408
10   1160 Town Center Drive, Suite 330
     Las Vegas, Nevada  89144                   *Attorneys for Plaintiff*
11
12   *Attorneys for Defendant*
     *Wells Fargo Bank, N.A. dba America's Servicing*
13   *Company*

14

15   DATED this 22nd day of March, 2012.

16   **FIDELITY NATIONAL LAW GROUP**

17
      /s/ Christina H. Wang
18   CHRISTINA H. WANG, ESQ.
     Nevada Bar No. 9713
19   2450 St. Rose Parkway, Suite 150
     Henderson, Nevada  89074
20
21   *Attorneys for Defendant*
     *Stanley S. Silva*

22

23

24

25

26

27

28

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{23813302;1}                          3