AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

COLLEEN M. WENSLEY,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00809-ECR-WGC**

FIRST NATIONAL BANK OF
NEVADA, et al.,

     Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (#3) and (#11) are **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice.

    **IT IS FURTHER ORDERED** that the lis pendens on the property located at 1181 Harbor Cove Court, Sparks, Nevada 89434, APN 037-341-21 is **EXPUNGED**.


 June 1, 2012                      **LANCE S. WILSON**
                                     Clerk


                                     /s/ Jennifer Cotter
                                     Deputy Clerk