AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRIBUTE COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

COLLEEN M. WENSLEY,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:11-cv-00809-ECR-WGC**

FIRST NATIONAL BANK OF
NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (#3) and (#11) are **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice.

   **IT IS FURTHER ORDERED** that the lis pendens on the property located at 1181 Harbor Cove Court, Sparks, Nevada 89434, APN 037-341-21 is **EXPUNGED**.


 June 1, 2012           **LANCE S. WILSON**
        Clerk


        /s/ Jennifer Cotter
        Deputy Clerk